UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **JAYNE TAPPE** | **CIVIL ACTION NO. 17-cv-1384** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DIT, LLC, ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that DIT's Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative Transfer Venue [Doc. No. 12] is **GRANTED** by transferring venue of this civil action, pursuant to 28 U.S.C. § 1404(a), to the Western District of Washington.

**MONROE, LOUISIANA**, this 14th day of September, 2018.

_____
TERRY A DOUGHTY
UNITED STATES DISTRICT JUDGE